## STATEMENT OF FACTS

On Wednesday, 09/17/2025, Officers of the Seventh District's Special Missions Unit (SMU) were working the initiative known as "Operation Law Enforcement Surge/DC Safe & Beautiful Task Force" along with Federal Agents from the ATF, FBI, DSS and U.S. Marshals. The following offenses occurred on the listed date and within the District of Columbia.

At approximately 2350 hours, Officers were patrolling the Unit block of Forrester Street S.W. when they observed a red Jeep SUV, bearing D.C. tag of JK0513, parked on the side of the street in front of 46 Forrester Street S.W. As officers drove closer to the Jeep, they noticed that it was idling, and upon stopping next to the vehicle, they observed the sole occupant of the vehicle taking a draw from what they recognized as a possible hand-rolled marijuana cigarette.

Officers exited their vehicle and made contact with Kevontae STEWART (hereinafter, STEWART) who was occupying the driver's seat of the Jeep. As STEWART rolled down the driver's window, Officers could see that the interior of the vehicle was filled with smoke, and they could smell the odor of burnt marijuana emanating from the vehicle. STEWART was advised that he cannot consume marijuana in public, which he acknowledged, and proceeded to discard the lit marijuana cigarette out of the window and onto the sidewalk.

STEWART was asked to exit the vehicle, and as he stepped out, ATF Agent N. Eltzroth asked STEWART if he has any weapons on him. STEWART immediately took flight on foot down Forrester Street toward South Capitol Street. Officers pursued STEWART and observed him reaching his arms toward the front of his body, near his beltline area. It should be noted that while some officers pursued STEWART, others remained with the Jeep to secure and preserve any possible evidence.

As MPD Officers Zumbrun and Zambrano chased STEWART, they observed him lose balance while running and fall to the ground, at which point he dropped a black pistol from his right hand. Officers then observed STEWART quickly reach over with his right hand and pick up the weapon, tossing it across South Capitol Street.



*The Defendant Right After Tossing the Firearm*

Officers detained STEWART without further incident and secured the discarded firearm. The firearm information is the following:

Make: Smith and Wesson

Model: M&P 45

Serial Number: HVT1113

Caliber: .45 Auto

Ammunition: 11 total (10 from a 10-round magazine + 1 from the chamber)



*Image of the Firearm on the Ground Where it Was Recovered*



*Image of Firearm in Officer's Hand*



*Image of the Magazine with Ammunition Inside*

The firearm appeared to be fully functional, able to be fired with one hand, had a barrel length less than 12 inches, and capable of expelling a projectile by means of explosion.

Through further investigation, officers learned that STEWART does not have a license to carry a pistol in the District of Columbia and does not have any registered firearms in this jurisdiction.

During the search incident to arrest of STEWART, Officer Killoran located a clear bag, tied up, containing what appeared to be white rock-like substance in STEWART's left cargo pocket. This substance was later field tested by Officer Killoran and yielded a positive color reaction for cocaine base. The total weight of this substance was 6.47 grams with packaging. The search incident to arrest also yielded U.S. Currency, in various small-bill denominations, totaling 350.00 U.S. Dollars. A black portable digital scale was also found on STEWART which had white rocky and powdery residue. Lastly, an I-Phone cellphone and a flip-style phone were also found on STEWART's person.

A search of the Jeep STEWART was occupying yielded a North Carolina driver's license in the center console with STEWART's biographical information and a Samsung phone that was plugged into the vehicle.

STEWART identified himself verbally and his identity was confirmed with law enforcement databases as well as the North Carolina driver's license in the vehicle he was occupying.

A search of STEWART's criminal history revealed that in February of 2025, he received a suspended sentenced of over eight years in reference to Maryland case # C-08-CR-17-000209, making it unlawful for him to possess firearms.  Accordingly, STEWART would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Kevontae STEWART with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**



_____

Officer Samuel Zambrano-Mora
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 18, 2025.

_____

Honorable Zia M. Faruqui
United States Magistrate Judge