# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEVONTE STEWART,**<br>**Defendant.** | Case No. 1:25-MJ-225 |

### RESPONSE TO MAGISTRATE JUDGE FARUQUI'S SEPTEMBER 29 ORDER REFUSING TO ACCEPT A GRAND JURY RETURN (ECF 12)

For the reasons set out in the Government's briefing in this matter, ECF 15, 16, the United States respectfully requests that this Court accept the indictment that the Superior Court grand jury voted to return and take appropriate curative action with respect to the Court's statements regarding the conduct of the U.S. Attorney's Office in presenting the matter to the Superior Court grand jury. The D.C. Circuit held in *United States v. Seals*, 130 F.3d 451 (D.C. Cir. 1997), that pursuant to D.C. Code § 11-1916 a Superior Court grand jury is empowered to return an indictment to this Court. This Court must accept the returned indictment.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

 /s/Jonathan R. Hornok
JONATHAN R. HORNOK
Assistant United States Attorney
Chief of the Criminal Division