UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CASE NO: 25-mj-225 |
| | : | |
| **KEVONTAE STEWART,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of October 7, 2025, is being provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ *Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
NY Bar No: 5751672
601 D Street, N.W.
Washington, D.C. 20530
202-714-6433
Caelainn.carney@usdoj.gov

1



U.S. Department of Justice

601 D Street N.W.
Washington, D.C. 20530

October 7, 2025

**VIA EMAIL**
Heather Shaner

           **Re**:    <u>United States v. Kevontae Stewart</u>
                    25-mj-225

Ms. Shaner,

    I am writing to memorialize the discovery provided in this case, along with the method and date of transmission.

**September 18, 2025, via USAfx**
- RMS files
    o
        - Gerstein OAG - 25142590 Arrest_ _012524922_ Kevontae Ste…
        - CCN _ 25142590 - Combined Reports
        - 1_CCN _ 25142590 - Combined Reports.pdf

**September 18, 2025, via Evidence.com**

    o 15 files, including MPD bodyworn camera footage and officer notes

**September 21, 2025, via USAfx**
- Barcodes and Chain of Custody

2

- Barcodes.pdf
- Chain of Custody.pdf
- DEA-7.PDF
- PD81.2.PDF
- PD81.3.PDF
- PD81.PDF

- BWC Photos
  - DEFENDANT_MAIL_MATTER.jpg
  - FIELD_TEST_THC.jpg
  - FIP-46_FORRESTER.HEIC
  - FIP-46_FORRESTER-2.HEIC
  - GUN.jpg
  - GUN_MAGAZINE.jpg
  - GUN_MAGAZINE-2.jpg
  - GUN-2.jpg
  - GUN-3.jpg
  - MONEY.jpg
  - VEHICLE_DOCUMENTS.jpg

- DIMS Photos
    - P9I1C04A.JPG
    - P9I1C04B.JPG
    - P9I1C04C.JPG
    - P9I1C04D.JPG
    - P9I1C04E.JPG
    - P9I1C04F.JPG
    - P9I1C04G.JPG
    - P9I1C04H.JPG
    - P9I1C04I.JPG
    - P9I1C04J.JPG
    - P9I1C04K.JPG
    - P9I1C04L.JPG
    - P9I1C040.JPG
    - P9I1C041.JPG
    - P9I1C042.JPG
    - P9I1C043.JPG
    - P9I1C044.JPG
    - P9I1C045.JPG
    - P9I1C046.JPG
    - P9I1C047.JPG
    - P9I1C048.JPG
    - P9I1C049.JPG
- Forensics
    - 25142590 CSE 25142590.pdf

**October 7, 2025, via USAfx**
- Radio Runs

- 7D OPS A.wma
- 7D TAC.wma
- 7D.wma
- 25-142-590.pdf
- Authentication Certificate - Ford.pdf
- DC CW-1.wma
- I20250465928.pdf

- MPD CCTV
    - 7DGalvestonPISWand_rStSWPTZ-Camera...
    - 7DGalvestonPISWand_StSW6010-Camera..
    - 7DGalvestonPISWand_StSW6010-Camera..
    - 7DGalvestonPISWand_StSW6010-Camera..
    - 7DGalvestonPISWand_StSW6010-Camera..
    - 7DGalvestonPISWand_StSW6010-Camera..

- ATF Photos
    - IMG_0888.jpeg
    - IMG_0889.jpeg
    - IMG_0890.jpeg

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney