# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | No. 1:25-MJ-225 (ZMF) |
| **KEVONTAE STEWART** | ) | |
| _____ | ) | |

## PROPOSED BRIEFING SCHEDULE

Kevontae Stewart, through undersigned counsel, responds to the order of this Honorable Court. On October 14, 2025, the government filed a Request for review by the Chief Judge. ECF No. 25. On October 15, 2025, the Court contacted the parties asking them to jointly propose a briefing schedule on this matter. The parties have conferred and agreed that Mr. Stewart will file his response to the government's motion no later than 5:00pm on Monday October 20th.

                                                                                                        Respectfully Submitted,

                                                                                                            A.J. KRAMER
                                                                                                            FEDERAL PUBLIC DEFENDER

                                                                                                            \_\_\_\_\_/s/_____
                                                                                                            MICHELLE M. PETERSON
                                                                                                            MATTHEW L. FARLEY
                                                                                                            Assistant Federal Public Defenders
                                                                                                            625 Indiana Ave., N.W.
                                                                                                            Washington, D.C.  20004
                                                                                                            (202) 208-7500