UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO:  25-mj-225 |
| : | |
| KEVONTAE STEWART, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of October 17, 2025, is being provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
NY Bar No: 5751672
601 D Street, N.W.
Washington, D.C. 20530
202-714-6433
Caelainn.carney@usdoj.gov

1



U.S. Department of Justice

601 D Street N.W.
Washington, D.C. 20530

October 17, 2025

**VIA EMAIL**
Heather Shaner

          **Re**:    <u>United States v. Kevontae Stewart</u>
                   25-mj-225

Ms. Shaner,

    I am writing to memorialize the discovery provided in this case, along with the method and date of transmission. Please be further advised that the government has set aside the marijuana cigarette pursuant to your request. Should you wish to conduct any testing on the cigarette, please let me know and I will facilitate its transfer to a lab with which you have contracted.

**September 18, 2025, via USAfx**
- RMS files



  o

**September 18, 2025, via Evidence.com**

    o  15 files, including MPD bodyworn camera footage and officer notes

**September 21, 2025, via USAfx**
- Barcodes and Chain of Custody

- Barcodes.pdf
- Chain of Custody.pdf
- DEA-7.PDF
- PD81.2.PDF
- PD81.3.PDF
- PD81.PDF

- BWC Photos
    - DEFENDANT_MAIL_MATTER.jpg
    - FIELD_TEST_THC.jpg
    - FIP-46_FORRESTER.HEIC
    - FIP-46_FORRESTER-2.HEIC
    - GUN.jpg
    - GUN_MAGAZINE.jpg
    - GUN_MAGAZINE-2.jpg
    - GUN-2.jpg
    - GUN-3.jpg
    - MONEY.jpg
    - VEHICLE_DOCUMENTS.jpg

- DIMS Photos
    - P9I1C04A.JPG
    - P9I1C04B.JPG
    - P9I1C04C.JPG
    - P9I1C04D.JPG
    - P9I1C04E.JPG
    - P9I1C04F.JPG
    - P9I1C04G.JPG
    - P9I1C04H.JPG
    - P9I1C04I.JPG
    - P9I1C04J.JPG
    - P9I1C04K.JPG
    - P9I1C04L.JPG
    - P9I1C040.JPG
    - P9I1C041.JPG
    - P9I1C042.JPG
    - P9I1C043.JPG
    - P9I1C044.JPG
    - P9I1C045.JPG
    - P9I1C046.JPG
    - P9I1C047.JPG
    - P9I1C048.JPG
    - P9I1C049.JPG
- Forensics
    - 25142590 CSE 25142590.pdf


**October 7, 2025, via USAfx**
- Radio Runs



- MPD CCTV

- ATF Photos

**October 14, 2025, via hard drive**
   - BWC materials

**October 17, 2025, via USAfx**
   - Apartment Surveillance
   - Federal Agency Materials

        Sincerely,

        JEANINE FERRIS PIRRO
        United States Attorney

By:     /s/ *Caelainn Carney*
        CAELAINN CARNEY
        Assistant United States Attorney