**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO: 25-mj-225** |
| | : | |
| **KEVONTAE STEWART,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF EXHIBIT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached exhibit is being provided in connection with ECF 29.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
Chief of the Criminal Division

1

# Exhibit 1



**From:** █████████████████████████████
**Sent:** Tuesday, December 8, 2020 2:37 PM
**To:** Faruqui ████████████████████████
**Cc:** ████████████████████████████████████████
**Subject:** RE: Grand Jury Return

Good afternoon ██████████,

Please advise us if this information is sufficient.

The relevant statute is D.C. Code § 11-1916(a):

**(a)** A grand jury serving in the District of Columbia may take cognizance of all matters brought before it regardless of whether an indictment is returnable in the Federal or District of Columbia courts.

See also, *United States v. Seals and Brooks*, 130 F. 3d 451, 456  (D.C. Cir. 1999) (District of Columbia grand jury's authority to return indictment in federal court was not unconstitutional); *United States v. Allen*, 729 F.Supp 120, 122 (D.C.D 1989) (District of Columbia Superior Court grand jury is authorized by Congress to return a federal indictment); and *United States v. Christian*, 394 A.2d 1, 42-43 (D.C. 1978) (Superior Court grand juries were intended to have powers comparable to federal grand juries).

On January 3, 2020, we presented *United States v. Henderson*, 20-cr-3 (CRC), to a Superior Court grand jury which returned an indictment in federal court.

We only use D.C. Code § 11-1916(a), when we cannot present a matter to a federal grand jury.

Thank you.


**From:** Faruqui Criminal ████████████████████████
**Date:** December 8, 2020 at 1:26:36 PM EST
**To:** ████████████████████████████
**Cc:** ████████████████████████████████████

**Subject:** RE: Grand Jury Return


Good Afternoon,

Once the documents are updated please send them to the clerk's office (and cc this email please). Also, Chief Judge Howell would like additional information on the authority for this Court to accept an indictment from Superior Court. I will be looking into this, but can you please do so as well? Do you know when this was last done?

Thank you,

███████

███████████

Criminal Law Clerk to the Honorable Magistrate Judges
United States District Court for the District of Columbia

████████████

---

**From:** ████████████████████████████████
**Sent:** Tuesday, December 8, 2020 12:01 PM
**To:** Faruqui Criminal ████████████████████
**Cc:** ████████████████████████████████████████
████████████████████████████████████████████████
**Subject:** Re: Grand Jury Return

<mark>CAUTION - EXTERNAL:</mark>

Thank you.

> On Dec 8, 2020, at 11:28 AM, Faruqui Criminal ████████████████████ wrote:
>
> Good Morning,
>
> I spoke with the Clerk's Office and they agree that the dates should be changed where they indicate that the indictment was returned on December 7. I will leave it up to you to decide if anything needs to be changed to indicate that the vote took place yesterday.
>
>
> Thank you,
>
> ███████

████████████

**Criminal Law Clerk to the Honorable Magistrate Judges**
**United States District Court for the District of Columbia**

████████████

---

**From:** Faruqui Criminal
**Sent:** Tuesday, December 8, 2020 10:10 AM
**To:** ████████████████████████████
**Cc:** ████████████████████████
████████████████

**Subject:** Grand Jury Return

Good Morning Counsel,

I was reviewing the GJ return for ES and noticed that the date of return is incorrect (the documents say Dec 7 rather than Dec 8). Can you correct the documents? For documents that the foreperson signed the foreperson can just cross out the incorrect information and add his/her initials. The indictment list can just be re-submitted. Thank you!

Thank you,

████████

████████████

**Criminal Law Clerk to the Honorable Magistrate Judges**
**United States District Court for the District of Columbia**

████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.