# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    25-mj -225 JEB

KEVONTAE STEWART

## MOTION TO WAIVE PRESENCE

The defendant respectfully requests the Court permit him to waive his in person appearance at the Hearing review now set for October 28, 2025.

Respectfully submitted,
/s/

H. Heather Shaner DC Bar 273276
Appointed by the Court for Kavontae Stewart
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210. hhsesq@aol.com