UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                    25 mj 225 Mag, Faroqui

**KEVONTAE STEWART**

### MOTION TO PERMIT DEFENDANT TO TRAVEL

Kevontae Stewart, through counsel Heather Shaner, now requests permission of this Honorable Court to travel to North Carolina for Thanksgiving. In support of this Motion the defendant states:

1. On September 29th, 2025 the defendant was placed on release to live with his mother in Concord, North Carolina. Due to changed conditions, Mr. Steward revised his release request and was released to live with his cousin, Tara Heard, in Washington, D.C. on GPS location monitoring and a curfew from 10:00 PM to 6:00 AM;

2. According to PreTrial Services he is in compliance with his conditions of release;

3. Kevontae now respectfully requests that his conditions of release be temporarily amended to permit him to travel to the home of his mother for Thanksgiving;

4. He requests permission to travel with family members from Washington, D.C. on November 25, 2025 to his mother's home, Tequanitha Stewart, 7336 Dover Mill Drive SW, Concord, North Carolina, and thereafter to return to Washington D.C. on November 30th, 2025 with family members;

5. His mother appeared in Court in person in October 2025 to accept custody of her son. She has confirmed the travel arrangements with counsel;

6. The Government opposes this Motion to permit travel. Nonetheless,

**We** request the Court Grant this Motion to temporarily amend the conditions of release and permit Kevontae to celebrate Thanksgiving with his mother and other family members in Corncord, North Carolina from November 25, 2025 to November 30, 2025.

                              Respectfully submitted,

                                /hhs/

                              _____
                              H. Heather Shaner, Esq. DC Bar 273276
                              Appointed by the Court
                              for Kevontae Stewart
                              1702 S Street N.W.
                              Washington, D.C. 20009
                              Tel. 202 265 8210. hhsesq@aol.com