UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO: 25-mj-225 |
| KEVONTAE STEWART | : |
| Defendant. | : |

## ~~PROPOSED~~ ORDER

Upon the Government's Motion to Disclose Grand Jury Testimony, it is hereby ORDERED:

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the Government is authorized to disclose grand jury testimony to the defense.

SO ORDERED this 12th day of NOV., 2025.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT JUDGE

1