UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEVONTAE STEWART,<br><br>Defendant. | Magistrate Judge No. 25-225 |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Government's [25] Motion to Review the Order Refusing to Accept a Grand Jury Return is GRANTED; and

2. The Magistrate Judge on criminal duty shall accept the indictment in this matter.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  November 20, 2025

1