UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | :   Case No.: 25-mj-225 |
| KEVONTAE STEWART | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**   Kevontae Stewart

**Name and address of appellant's attorney:**   Matthew L. Farley
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Concise statement of judgment or order, giving date, and any sentence:** District Court's order directing the magistrate court to accept an indictment returned by a grand jury established by the District of Columbia Superior Court. The Order (ECF No. 37) and Memorandum Opinion (ECF No. 38) were issued on November 20, 2025.

**Name and institution where now confined, if not on bail:** N/A

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

Nov. 26, 2025                                                             KEVONTAE STEWART
DATE                                                                          APPELLANT

CJA, NO FEE ____FPD_____                          A. J. Kramer_____
PAID USDC FEE ___NO_____                       FEDERAL PUBLIC DEFENDER
PAID USCA FEE ___NO_____                       ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? No