**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.** **25 mj 225 Mag, Faroqui**

**KEVONTAE STEWART**

## MOTION TO VACATE HEARING

Kevontae Stewart, through counsel Heather Shaner, now requests this Honorable Court to vacate the Status Hearing set for October 27, 2026, as it is no longer relevant, as Pre Trial Release has been revoked.

The Government concurs with this request.

Respectfully submitted,

/hhs/

H. Heather Shaner, Esq. DC Bar 273276
Appointed by the Court
for Kevontae Stewart
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210. hhsesq@aol.com